| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Schroeder, Thomas D | 2. Court or Organization Middle District of N C | 3. Date of Report 1/12/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U S District Judge Nominee | 5a. Report Type (check appropriate type) ☒ Nomination, Date 1/09/2007 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address One West 4th Street Winston-Salem, N.C. 27101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member (Partner) | Womble Carlyle Sandridge & Rice, PLLC |
| 2. Board Member | FirmLogic, LLC |
| 3. Board Member | FirmLogic International, LLC |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/2006 | ALAS Insurance Contract with Womble Carlyle Sandridge & Rice, PLLC; no control |
| 2. 4/1/1994 | Firm Operating Agmt, Womble Carlyle law firm, Operating Reserve balance payable up to 5 years following departure; other accounts paid upon departure |
| 3. 3/1/1999 | Keogh & 401(k) Plan, Womble Carlyle Sandridge & Rice, PLLC |
| 4. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Womble Carlyle Sandridge & Rice, PLLC - Distribution and bonus | $ 908,782 |
| 2. 2006 | Womble Carlyle Sandridge & Rice, PLLC - Distributions and bonus | $ 1,071,486 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Exempt | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D | 1/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card (monthly) | J |
| 2. Mastercard/Visa | Credit Card (monthly) | J |
| 3. Secondary education institution | tuition balance for 2006-07 school year | J |
| 4. Secondary education institution | tuition balance for 2006-07 school year | J |
| 5. | | |
| 6. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Certificates of Deposit & Account- BBT | E | Interest | O | T | Exempt | | | | |
| 2. Partner Loan Account- WCSR | E | Interest | O | T | | | | | |
| 3. Wachovia Accounts | C | Interest | M | T | | | | | |
| 4. BB&T Account | A | Interest | J | T | | | | | |
| 5. US Treasury Series EE Bond | | None | J | T | | | | | |
| 6. Arbor Joint Account | | | | | | | | | |
| 7. iShares Russell 1000 Index | B | Dividend | L | T | | | | | |
| 8. iShares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 9. Russell International Securities Fund | B | Dividend | K | T | | | | | |
| 10. Russell Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 11. Vanguard Limited-Term Tax-Exempt | A | Dividend | K | T | | | | | |
| 12. Vanguard Short-Term Tax-Exempt | A | Dividend | K | T | | | | | |
| 13. Fidelity Tax Free Money Market | A | Dividend | J | T | | | | | |
| 14. Fidelity Municipal Money Market | A | Dividend | | | | | | | |
| 15. IRA | | | | | | | | | |
| 16. iShares Russell 1000 Index | A | Dividend | K | T | | | | | |
| 17. Russell Select Growth Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D | 1/12/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Russell Select Value Fund | A | Dividend | J | T | | | | | |
| 19. iShares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 20. Russell International Securities Fund | B | Dividend | J | T | | | | | |
| 21. Russell Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 22. Vanguard Inflation-Protected Sec. | A | Dividend | J | T | | | | | |
| 23. Vanguard Short-Term Invstment-Grd | A | Dividend | J | T | | | | | |
| 24. Eaton Vance Floating Rate Adv. | A | Dividend | J | T | | | | | |
| 25. Fidelity Cash Reserves | A | Dividend | | | | | | | |
| 26. Keogh | | | | | | | | | |
| 27. iShares Russell 1000 Index | B | Dividend | M | T | | | | | |
| 28. Russell Select Growth Fund | | None | L | T | | | | | |
| 29. Russell Select Value Fund | D | Dividend | L | T | | | | | |
| 30. iShares Russell 2000 Index | A | Dividend | L | T | | | | | |
| 31. Russell International Securities Fund | D | Dividend | L | T | | | | | |
| 32. Russell Emerging Markets Fund | C | Dividend | K | T | | | | | |
| 33. Vanguard Inflation-Protected Sec. | C | Dividend | M | T | | | | | |
| 34. Vanguard Short-Term Invstmnt-Grd | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D | 1/12/2007 |

## VII. INVESTMENTS and TRUSTS – _Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eaton Vance Floating Rate Adv | B | Dividend | L | T | | | | | |
| 36. Marshall Prime Money Market Cl Y | A | Dividend | J | T | | | | | |
| 37. M&I Stable Principal Fund | A | Dividend | | | | | | | |
| 38. Custodial Account | . | | | | | | | | |
| 39. DWS Value Builder Fund Cl A | A | Dividend | K | T | | | | | |
| 40. Mass Mutual Whole Life Insurance | C | Dividend | L | T | | | | | |
| 41. Mass Mutual Whole Life Insurance | A | Dividend | J | T | | | | | |
| 42. Loyal American Insurance | A | Dividend | . | | | | | | |
| 43. Winston-Salem Foundation Donor Advised Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII. Treasury EE bonds value based on value reported on the government website (http://wwws.publicdebt.treas.gov/BC/SBCPrice) as of December 2007.

The Winston-Salem Foundation Donor Advised Fund is money we donated irrevocably to, and owned by, the Foundation but I and my spouse can direct donations from that Fund to charities of our choice. We can receive no income from its investment; rather the Fund receives any income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date January 12, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 653 | 475 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 7 | 826 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | 892 | 374 | Accounts and bills due | | 13 | 249 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 172 | 438 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 299 | 046 |
| Real estate owned-add schedule | | 806 | 184 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 37 | 875 | 2006-07 Tuition payments | | 12 | 390 |
| Cash value-life insurance | | 73 | 572 | | | | |
| Other assets itemize: | | | | | | | |
| Country Club membership | | 42 | 000 | | | | |
| 401(k) and Keogh Accounts | | 732 | 951 | | | | |
| IRA accounts | | 308 | 777 | Total liabilities | | 324 | 685 |
| (household assets omitted) | | | | Net Worth | 3 | 402 | 787 |
| Total Assets | 3 | 727 | 472 | Total liabilities and net worth | 3 | 727 | 472 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |